IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Sabino Pizarro,<br><br>    Plaintiff,<br>vs.<br><br>Nancy A. Berryhill[1], Acting Commissioner<br>of Social Security,<br>    Defendant. | Civil Action No. 5:16-cv-1407-CMC<br><br>**ORDER** |

On April 26, 2017, Plaintiff's attorney filed a petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 20. The petition seeks an award of $4,803.84, representing 25.6 attorney hours at the rate of $187.65 per hour, and $400.00 in costs and expenses. *Id.* On May 9, 2017, the parties filed a Stipulation for Attorney's Fees under the EAJA. ECF No. 21.

The court has reviewed the fee petition and the parties' stipulation wherein the parties stipulate, subject to the approval of the court, Plaintiff should be awarded compensation for all legal services rendered in the amount of $4,500 in attorney's fees and $400.00 in costs. Accordingly, pursuant to the parties' stipulation,

---

[1] Ms. Berryhill is now the Acting Commissioner of Social Security and will be substituted for Carolyn W. Colvin as the defendant in this suit, pursuant to 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

**IT IS ORDERED** that Plaintiff shall be awarded Four Thousand Five Hundred dollars and Zero cents ($4,500.00) in attorney's fees under the EAJA, and Four Hundred dollars and Zero cents ($400.00) in costs.[2]

These fees are to be made payable to Sabino Pizarro and delivered by Defendant to the business address of Plaintiff's counsel.

**IT IS SO ORDERED**.

s/ Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
May 16, 2017

---

[2] Plaintiff's previously filed EAJA (ECF No. 20) petition has been withdrawn.

2